619 A.2d 1356

**Lee Charles BROADWATER, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Submitted Dec. 7, 1992.

Decided Feb. 22, 1993.

Reconsideration Denied Aug. 23, 1993.

Lee Charles Broadwater, pro se.

114

Arthur R. Thomas, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.